| Fill in this information to identify the case: |
|---|
| Debtor 1   Santan Lee Belcher |
| Debtor 2   _____ (Spouse, if filing) |
| United States Bankruptcy Court for the SOUTHERN District of OHIO |
| Case number 3:16-bk-31811 |

## Official Form 410S1

### Notice of Mortgage Payment Change                                   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 6205

**Date of payment change:** 10/1/2020
Must be at least 21 days after date of this notice

**New total payment:** $1,109.98
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

    ☐ No.
    ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
    _____
    _____

    Current escrow payment: $264.69         New escrow payment: $281.52

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ■ No
    ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
    _____
    _____

    Current interest rate:                      New interest rate:

    Current principal and interest payment:    New principal and interest payment:

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ■ No
    ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
    *(Court approval may be required before the payment change can take effect.)*

    Reason for change: _____

    Current mortgage payment                   New mortgage payment:

Debtor 1 <u>Santan Lee Belcher</u>   Case number *(if known)* <u>3:16-bk-31811</u>
       Print Name    Middle Name    Last Name

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/      <u>Erin Elam</u>      Date      <u>08/28/2020</u>
  Signature

Print            <u>Erin Elam</u>                              Title   <u>Authorized Agent for Creditor</u>
        First Name    Middle Name    Last Name

Company   <u>Robertson, Anschutz, Schneid & Crane LLC</u>

Address   <u>10700 Abbott's Bridge Road, Suite 170</u>
      Number   Street

<u>Duluth  GA 30097</u>
City                             State       ZIP Code

Contact Phone  <u>470-321-7112</u>                  Email   <u>eelam@rascrane.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____September 2, 2020_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Santan Lee Belcher
118 Lightner Lane
Union, OH 45322

And via electronic mail to:

Joyce M Deitering
8801 North Main Street
Suite 200
Dayton, OH 45415-1324

Asst US Trustee (Day)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

John G. Jansing
Chapter 13 Trustee
131 North Ludlow St
Suite 900
Dayton, OH 45402

By: /s/ Kristin Williams
Kristin Williams
Krwilliams@rascrane.com



Caliber Home Loans, Inc.
P.O. Box 619063
Dallas, TX 75261-9063

# ESCROW ACCOUNT DISCLOSURE STATEMENT

| | |
|---|---|
| Statement Date: | 07/16/2020 |
| Loan Number: | |
| Current Payment Amount: | $1,093.15 |
| New Payment Amount: | $1,109.98 |
| New Payment Effective Date: | 10/01/2020 |

Property Address: 118 LIGHTNER LN
UNION OH 45322

SANTANA L BELCHER
C/O JOYCE M DEITERING
8801 N MAIN ST
DAYTON OH 45415-1385

Hello!

At Caliber Home Loans, we examine your escrow account at least annually to make sure there is enough money in your account to cover your tax and/or insurance payments. This review accounts for any increases or decreases in your taxes or insurance that can result in changes to your payment amount. The following outlines your actual escrow account activity since your previous disclosure or initial disclosure and the anticipated activity for the next 12 months.

To view differences between your current payment and new payment, please refer to Section 1 below. To view changes in your escrow account, please refer to Section 3 of this statement. Section 2 includes changes that are anticipated over the next 12 months, while Section 3 displays your history as of the last escrow analysis.

## Section 1 - Payment Breakdown

This section provides a breakdown of both your current and new payment which will become effective 10/01/2020.

| Payment Breakdown | Current Payment | New Payment Effective 10/01/20 |
|---|---|---|
| Principal & Interest | $ 828.46 | $ 828.46 |
| Base Escrow Payment | $ 264.69 | $ 281.52 |
| Shortage Payment | $ 0.00 | $ 0.00 |
| Surplus Adjustment | $ 0.00 | $ 0.00 |
| TOTAL | $ 1,093.15 | $ 1,109.98 |

**If you utilize a bill paying service, please notify them of the payment changes scheduled to occur.**

## Section 2 - Anticipated Escrow Activity

This section displays information regarding your anticipated escrow activity for the next 12 months.

**ANTICIPATED ESCROW BALANCE $1,040.65 – MINIMUM REQUIRED BALANCE $563.04**

To ensure your account maintains enough money for future tax and insurance payments, a cushion is maintained on your loan when applicable, to help avoid a negative balance in your escrow account. This cushion may include up to two months' worth of your base escrow payment to cover increases in your tax or insurance payments. Your escrow balance should not fall below $563.04, which is your cushion amount and required balance. (Mortgage insurance is not included in your cushion calculation.)

| Month of Activity | Anticipated Payments To Escrow | Anticipated Disbursements From Escrow | Description | | Anticipated Balance | Required Balance | |
|---|---|---|---|---|---|---|---|
| | | | Starting Balance | | $1,603.71 | $1,126.10 | |
| 10/2020 | $281.52 | $.00 | | | $1,885.23 | $1,407.62 | |
| 11/2020 | $281.52 | $.00 | | | $2,166.75 | $1,689.14 | |
| 12/2020 | $281.52 | $.00 | | | $2,448.27 | $1,970.66 | |
| 01/2021 | $281.52 | -$1,689.13 | COUNTY TAX | | $1,040.66 | $563.05 | |
| 02/2021 | $281.52 | $.00 | | | $1,322.18 | $844.57 | |
| 03/2021 | $281.52 | $.00 | | | $1,603.70 | $1,126.09 | |
| 04/2021 | $281.52 | $.00 | | | $1,885.22 | $1,407.61 | |
| 05/2021 | $281.52 | $.00 | | | $2,166.74 | $1,689.13 | |
| 06/2021 | $281.52 | $.00 | | | $2,448.26 | $1,970.65 | |
| 07/2021 | $281.52 | -$1,689.13 | COUNTY TAX | | $1,040.65 | $563.04 | > |
| 08/2021 | $281.52 | $.00 | | | $1,322.17 | $844.56 | |
| 09/2021 | $281.52 | $.00 | | | $1,603.69 | $1,126.08 | |

**For assistance with your payment, please contact Caliber Customer Service at 1-800-401-6587.**



Internet Reprint